IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MEDMARC CASUALTY INSURANCE COMPANY, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 1:12-cv-00818-LY |
| WILLIAM LEIGHTON, LEIGHTON & BRANTLEY, PLLC, and LAW OFFICES OF WILLIAM LEIGHTON, PLLC | § § § § § | |
| Defendants. | § § | |

## STIPULATION OF DISMISSAL

Plaintiff ("Plaintiff") and Defendants, ("Defendants") (collectively "the Parties") file this Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(ii).

1. Plaintiff is MedMarc Casualty Insurance Company; Defendants are William Leighton, Leighton & Brantley, PLLC and Law Offices of William Leighton, PLLC.

2. On September 5, 2012, Plaintiff sued Defendants.

3. Plaintiff moves to dismiss the suit.

4. Defendants, who have answered, agree to the dismissal.

5. This case is not a class action.

6. A receiver has not been appointed in this case.

7. This case is not governed by any federal statute that requires a court order for dismissal of the case.

8. This dismissal is without prejudice to refiling.

Respectfully submitted,

By:   /s/R. Brent Cooper
      **R. BRENT COOPER**
      Texas State Bar No. 04783250
      brent.cooper@cooperscully.com
      **DIANA L. FAUST**
      State Bar No. 00793717
      diana.faust@cooperscully.com

**COOPER & SCULLY, P.C.**
900 Jackson Street, Suite 100
Dallas, Texas 75202
Telephone: (214) 712-9500
Facsimile: (214) 712-9540

**ATTORNEYS FOR MEDMARC CASUALTY INSURANCE COMPANY**

By:   /s/Michael E. Lovins
      **MICHAEL EUGENE LOVINS**
      Texas State Bar No. 24032555
      Michael@LTLegalTeam.com

**LOVINS | TROSCLAIR, PLLC**
2600 Via Fortuna
Suite 200
Austin TX 78746
Telephone: 512.535.1649
Facsimile: 512.879.9016

**ATTORNEYS FOR WILLIAM LEIGHTON, LEIGHTON & BRANTLEY, PLLC, AND LAW OFFICES OF WILLIAM LEIGHTON PLLC**

.

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of January, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Michael E. Lovins, Esq.
Michael@LTLegalTeam.com
**WILSON TROSCLAIR & LOVINS PLLC**
2600 Via Fortuna, Suite 130
Austin, TX 78746
*Counsel for Leighton Defendants*

          */s/ Diana L. Faust*
          **DIANA L. FAUST**